UNITED STATES FEDERAL COURT OF APPEALS
FIRST CIRCUIT

CIVIL DOCKET NO: 16-1977

ANDRE BISASOR )
PLAINTIFF, )
)
V. )
)
DANSLAV SLAVENSKOJ, ET AL, )
DEFENDANTS )
)

**FINAL EMERGENCY MOTION TO EXTEND TIME**

I, Andre Bisasor, hereby request a FINAL two-week extension of time to respond to the show cause order. Grounds are as follows:

1. NB: I am not a lawyer. I am a pro se plaintiff.
2. This court entered an order to show cause why this appeal should not be dismissed for lack of jurisdiction on October 4, 2016.
3. The deadline to respond is November 4, 2016.
4. I am requesting a modest FINAL two-week extension to file the show cause response. This is because of the number of orders involved in the appeal and since some of these orders implicate different legal theories, I need additional time to respond and to try get legal advice on these matters. Thus, navigating how to respond and combine my responses for each of the several orders and issues contained in this appeal requires some technical knowledge and expertise and it has proven a bit more daunting than I expected. So I definitely need to be able to try to attain some legal assistance where possible.
5. In addition, over the past two weeks, I have been dealing with motion practice issues and other pending issues in state court including 4 motion to dismiss hearings (i.e. pursuant to the remand to state court from federal court, which is related to subject of the underlying matter of this appeal) as well as dealing with other pressing matters related to my bankruptcy case. These pressures are part of the reason why I requested that the automatic stay be applied to my case in federal court and why the denial of that is part of my appeal. Also, as a lone pro se plaintiff, I have been unable to get the legal assistance and advice needed over the past 10 days and just need one final short extension of time to get this done.
6. There was only one previous extension that was requested on this 16-1977 appeal case and I promise that no further extensions on this issue will be requested as one way or another I will definitely be ready to submit something in the next two weeks. I guarantee that I will not make another request for extension on this item.
7. Lastly, I am filing this as an emergency motion because the deadline is due in the next couple of days.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,

*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: November 2, 2016