# United States Court of Appeals
## For the First Circuit

No. 16-1977

ANDRE BISASOR

Plaintiff - Appellant

v.

DANSLAV SLAVENSKOJ; HARVARD EXTENSION SCHOOL / HARVARD UNIVERSITY; ROBERT H. NEUGEBOREN; MICHAEL SHINAGEL; HUNTINGTON LAMBERT; SHIRLEY R. GREENE; MARGARET C. ANDREWS; PHILIP HARDING; ASHLEY R. POLLOCK; KRISHAN ARORA; KEN VEDAA

Defendants - Appellees

**ORDER OF COURT**

Entered: November 3, 2016
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Andre Bisasor to file a response to the court's show cause order be enlarged to and including **November 18, 2016**. Order to Show Cause. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Andre Bisasor
John Patrick Coakley
Stephen David Coppolo
Joseph Patrick Dever
William P. Mekrut