# United States Court of Appeals
## For the First Circuit

Nos.  16-1546
      16-1977

ANDRE BISASOR,

Plaintiff, Appellant,

v.

DANSLAV SLAVENSKOJ; HARVARD EXTENSION SCHOOL / HARVARD UNIVERSITY; ROBERT H. NEUGEBOREN; MICHAEL SHINAGEL; HUNTINGTON LAMBERT; SHIRLEY R. GREENE; MARGARET C. ANDREWS; PHILIP HARDING; ASHLEY R. POLLOCK; KRISHAN ARORA; KEN VEDAA,

Defendants, Appellees.

_____

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.
_____

**ORDER OF COURT**

Entered: November 9, 2016

Appellant's "emergency motion for stay of state court proceeding pending appeal to the First Circuit" is denied.

By the Court:

/s/ Margaret Carter, Clerk

cc:   Andre Bisasor
      John Patrick Coakley
      William P. Mekrut
      Stephen David Coppolo
      Joseph Patrick Dever