# United States Court of Appeals
## For the First Circuit
_____

Nos.  16-1546
      16-1977

ANDRE BISASOR,

Plaintiff, Appellant,

v.

DANSLAV SLAVENSKOJ; HARVARD EXTENSION SCHOOL /  HARVARD
UNIVERSITY; ROBERT H. NEUGEBOREN; MICHAEL SHINAGEL; HUNTINGTON
LAMBERT; SHIRLEY R. GREENE; MARGARET C. ANDREWS; PHILIP HARDING;
ASHLEY R. POLLOCK; KRISHAN ARORA; KEN VEDAA,

Defendants, Appellees.

_____

Before

Howard, Chief Judge,
Lynch and Thompson, Circuit Judges.
_____

**JUDGMENT**

Entered: March 2, 2017

Plaintiff appeals from the remand of his case to state court and from the denial of various
motions.  We lack jurisdiction to review the remand pursuant to 28 U.S.C. § 1447(d), and, even if
we have jurisdiction to review the denial of plaintiff's motions, they were properly denied.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Andre Bisasor, Danslav Slavenskoj, John Patrick Coakley, William P. Mekrut, Stephen David
Coppolo, Joseph Patrick Dever